AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

------SOUTHERN DISTRICT OF FLORIDA------

| | |
|---|---|
| GERTRUDIS PANTALEON, and others similarly-situated, | **SUMMONS IN A CIVIL CASE** |
| Plaintiffs, | CASE NO. |
| vs. | 06-20831 |
| A RIDE TRANSPORTATION SERVICE, INC., a Florida corporation, | |
| Defendant. | **CIV-GRAHAM** |

TO: **A RIDE TRANSPORTATION SERVICE, INC.**
c/o Gustavo Felicevich, Registered Agent
4300 N.W. 32nd Avenue, Suite B
Miami, Florida 33142

MAGISTRATE JUDGE
O'SULLIVAN

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

The Law Offices of Eddy O. Marban
Ocean Bank Building, Suite 350
782 N.W. LeJeune Road
Miami, Florida 33126

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE **MAR 31 2006**