May 22, 2006

To: Clerk of Court
United States District Court
301 N. Miami Ave.
Miami, Fl 33128

To: Eddy O. Marban
Ocean Bank Building, Suite 350
782 N.W. Le Jeune Road
Miami, Fl 33126
Fax (305) 448-2788

Regarding Case No.: 06-20831  Civil Case DLG
Gertrudis Pantaleon vs. A Ride Transportation Service, Inc. (Gustavo Felicevich)

My name is Marcelo Pineiro. On May 2, 2006 a man came here looking for Gustavo Felicevich to give him some papers. I told the man that Mr. Felicevich was not here and I did not know where he was. The man gave me the papers and left. I do not know anything about this case. Thank you.

Marcelo Pineiro
4300 N.W. 32 Ave.
Miami, Fl 33142