UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GERTRUDIS PANTALEON, and others similarly-situated,

    Plaintiffs,

vs.

A RIDE TRANSPORTATION SERVICE, INC., a Florida Corporation,

    Defendant.
_____/

CASE NO. 06-20831-CIV-GRAHAM

MAGISTRATE JUDGE O'SULLIVAN

## MOTION FOR CLERK'S DEFAULT

COMES NOW Plaintiff, GERTRUDIS PANTALEON, by and through her undersigned attorney, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, Rule 7.1(A)(1)(d) of the Local Rules for the Southern District of Florida, and hereby moves this Honorable Court to enter an order defaulting Defendant, A RIDE TRANSPORTATION SERVICE, INC., a Florida corporation, for failure to timely respond to the Complaint, and as grounds states:

1.    On May 2, 2006, Defendant was served with the Summons [D.E. 2] and Complaint [D.E. 1] in this case. [D.E. 5].

2.    Thereafter, the Court ordered Plaintiff "to file a memorandum of law as to whether proper service has been effectuated in this case." [D.E. 7]. On June 21, 2006, Plaintiff complied by filing a Response to the Order and showing proper service had been effectuated on Defendant. [D.E. 11].

3.    As of this date, Defendant has not served its response to the Complaint nor has it moved for an extension of time.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter a default against Defendant, A RIDE TRANSPORTATION SERVICE, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was furnished via U.S. Mail to Gustavo Felicevich, Registered Agent of A Ride Transportation Service, Inc., 4300 N.W. 32nd Avenue, Suite B, Miami, Florida 33142; and to Marcelo Pineiro, Manager of A Ride Transportation Service, Inc., 4300 N.W. 32nd Avenue, Suite B, Miami, Florida 33142, on this 19th day of September, 2006.

        THE LAW OFFICES OF
        EDDY O. MARBAN
        Ocean Bank Building, Suite 350
        782 N.W. Le Jeune Road
        Miami, Florida 33126
        Telephone (305) 448-9292
        Facsimile (305) 448-2788
        E-mail: marban@bellsouth.net

By: _____
        EDDY O. MARBAN, ESQ.
        Fl. Bar No. 435960