DC 11 (Rev. 11/2002) Writ of Execution

## WRIT OF EXECUTION

Case No. 06-20831-CIV-Graham

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

TO THE MARSHAL OF:

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

YOU ARE HEREBY COMMANDED, that of the gods and chattels, lands and tenements in your district belonging to:

NAME

A RIDE TRANSPORTATION SERVICE INC. a Florida Corporation
4300 or 4350 NW 32 Avenue, Miami, Florida 33142

FILED by JC D.C.

JUN 2 5 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $4,498.20 TO GERTRUDIS PANTALEON   and | $2,922.00 EDDY MARBAN, ATTORNEY |

in the United States District Court for the  SOUTHERN  District of  FLORIDA ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

A RIDE TRANSPORTATION SERVICE INC.

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
     Deputy Clerk
Date  JUN 2 5 2007

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below and that you ...

| PLACE | UNITED STATES DISTRICT COURT | DISTRICT | SOUTHERN DISTRICT OF FLORIDA |
|---|---|---|---|
| CITY | MIAMI, FLORIDA | DATE | JUN 2 5 2007 |

Witness the Honorable  DONALD L. GRAHAM

*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| JUN 2 5 2007 | Clarence Maddox |
|  | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
|  |  |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
|  |  |